UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on November 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALICE K. WHITE

Case No.:   18-14632-VFP

Chapter:    13

Judge:      VFP

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is **ORDERED**.

**DATED: November 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

It is ORDERED as follows:

1. Debtor shall be permitted to capitalize the post-petition arrears of $1992.73 into her Chapter 13 Plan. The current Chapter 13 Plan was confirmed on May 8, 2018 at $535.00 per month for 60 months. Debtor's Chapter 13 Plan monthly payment shall now increase to $575.00 per month for the duration of the Plan to account for the increased post-petition arrears.

2. Creditor's Motion for Relief from the Automatic Stay shall be denied. The Automatic Stay shall remain in effect so long as Debtor abides by the terms of the Chapter 13 Plan.

Dated: _____    _____
                                 J.S.C.